# EXHIBIT G

The Father's Day Gift Guide: curated by Jordan and Cali Clarkson. Explore the Gift Guide                    ✕

# Potential, in the palm of your hand.

Download our app to unlock all these possibilities.



Tap into Store Mode.

In-store shopping is better with the lululemon App.

Scan to download the app.

DOWNLOAD FOR IOS

## ℧ lululemon

🔍 Search

Download the app | lululemon

# All of lululemon, in your pocket.

Your best membership experience lives in the lululemon App—with early and exclusive access to product drops, plus features you'll actually use.

Explore Store Mode.

Shop    Classes    Store Mode    Wish List    Account

Page |G-2

# Members are in store for more.

Easier in-person shopping, faster checkouts, and other benefits are waiting in Store Mode on the lululemon App.



# Goes with you—perfectly.

Personalized recommendations make it easy to find new favourites, and you can track them to your door.

Page |G-3

Case 2:26-cv-00506     Document 1-7     Filed 06/24/26     Page 5 of 6 PageID #:  168



# Get what you love, faster.

Checkout in a flash, save favourites for later, see if your size is in-store and build and share a wish list.

***DOWNLOAD FOR IOS***

Apple, the Apple logo, iPhone, and iPod touch are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries. IOS is a trademark or registered trademark of Cisco in the U.S. and other countries and is used under license.

*Requires iOS 13.0 or later. Compatible with iPhone, iPad and iPod Touch.

Case 2:26-cv-00506     Document 1-7     Filed 06/24/26     Page 6 of 6 PageID #:  169

**Any questions?**

Get in touch at gec@lululemon.com

My Account

Help

Legal

About Us

Contact Us

Email Sign Up

Gift Cards

Download The App

Careers

Like New Resale

Sitemap

© lululemon athletica 1818 Cornwall Ave, Vancouver BC V6J 1C7

Privacy Policy     Terms of Use

Page |G-5