# EXHIBIT H

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| CLAIM | | Evidence: Lululemon App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendants Lululemon Athletica Canada Inc., and Lululemon USA Inc. (collectively, the "Lululemon Defendants") use their Lululemon App ("Lululemon App") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Lululemon Defendants also provide the Lululemon App to their customers through the App Store and Google Play Store.<br><br>Lululemon Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Lululemon Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Lululemon Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Lululemon Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Lululemon Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Lululemon Defendants' inducement is ongoing.<br><br>Lululemon Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Lululemon Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Lululemon Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Lululemon Defendants' contributory infringement is ongoing. |

Page |H-1

| CLAIM | Evidence: Lululemon App |
|-------|-------------------------|
| | |

Page |H-2

Source: APP STORE

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(a) | a storage device of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a storage device of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a storage device of a mobile device (*e.g.*, smartphone, tablet, *etc.*) storing a first non-browser application (*e.g.*, Lululemon App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).<br><br><br><br>Source: Screenshots of the Lululemon App and Apple Maps. |
| 1(b) | a processor of the mobile device | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a processor of the mobile device executing the first non-browser application and the second non-browser application. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| | executing the first non-browser application and the second non-browser application; | For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the mobile device (*e.g.*, smartphone, tablet, *etc*.) executing the first non-browser application (*e.g.*, Lululemon App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service).<br><br><br><br>Source: Screenshots of the Lululemon App and Apple Maps. |
| 1(c) | a user interface of the first non-browser application configured for the mobile device; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a user interface of the first non-browser application configured for the mobile device.For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a user interface of the first non-browser application (*e.g.*, Lululemon App) configured for the mobile device. |

Page | H-4

Case 2:26-cv-00506    Document 1-8    Filed 06/24/26    Page 6 of 8 PageID #: 175

Page |H-5

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| | | <br><br>Source: Screenshots of the Lululemon App. |
| 1(d) | a mapping component of the first non-browser application configured to invoke the second non-browser application on the mobile device when map-able content | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component of the first non-browser application configured to invoke the second non-browser application on the mobile device when map-able content displayed on the user interface is activated to display a map of the map-able content.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Lululemon App) configured to invoke the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) on the mobile device when map-able content (*e.g.*, location of selected store) displayed on the user interface is activated (*e.g.*, by clicking the Lululemon Defendants store location "Get Directions" button) to display a map of the map-able content in the second non-browser application. |

| CLAIM | Evidence: Lululemon App |
|---|---|
| displayed on the user interface is activated to display a map of the map-able content, |   Source: Screenshots of the Lululemon App and Apple Maps. |

Case 2:26-cv-00506   Document 1-8   Filed 06/24/26   Page 7 of 8 PageID #: 176

# Evidence of Use Regarding Infringement of U.S. Patent No. 9,532,164

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(e) | wherein the second non-browser application is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application. | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a second non-browser application that is a mapping application, wherein the mapping component transmits the map-able content to an online mapping service configured to communicate with the second non-browser application.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the second non-browser application (*e.g.*, mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or service) is a mapping application and the mapping component (*e.g.,* code) transmits the map-able content (*e.g.,* location of the selected store) to an online mapping service (*e.g.*, a map server) that is configured to communication with the second non-browser application.<br><br><br><br>Source: Screenshots of the Lululemon App and Apple Maps. |