# EXHIBIT K

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendants Lululemon Athletica Canada Inc., and Lululemon USA Inc. (collectively, the "Lululemon Defendants") use their Lululemon Mobile App (the "Lululemon App") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Lululemon Defendants also provide the Lululemon App to their customers through the App Store and Google Play Store.<br><br>Lululemon Defendants have induced end-users, including, but not limited to, their customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Lululemon Defendants took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Lululemon Defendants included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Lululemon Defendants are performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Lululemon Defendants are aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Lululemon Defendants' inducement is ongoing.<br><br>Lululemon Defendants have also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Lululemon Defendants have contributed to the direct infringement of this claim (and any asserted dependent claims) by their personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Lululemon Defendants' customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Lululemon Defendants' contributory infringement is ongoing. |

Page |K-1

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | Evidence: Lululemon App |
|-------|-------------------------|
| |  |

Source: APP STORE

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a memory of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Lululemon App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).<br><br><br><br><u>Source</u>: Screenshots of the Lululemon App and Apple Maps. |
| 1(b) | a processor of the first mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a processor of the first mobile device executing the first non-browser application (*e.g.*, Lululemon App). |

Page |3

Page |K-3

Case 2:26-cv-00506   Document 1-11   Filed 06/24/26   Page 5 of 10 PageID #: 203

Page |K-4

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| | | <br><br>_Source_: Screenshots of the Lululemon App. |
| 1(c) | a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a touch screen of the mobile device displaying a first user interface of the first non-browser application (_e.g._, Lululemon App), wherein the first user interface is adapted to receive text corresponding to a location entered by a user (see below). |

Case 2:26-cv-00506    Document 1-11    Filed 06/24/26    Page 6 of 10 PageID #: 204

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| | corresponding to a location entered by a user; |  *Source*: Screenshots of the Lululemon App. |
| 1(d) | a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map. For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) a mapping component (*e.g.*, code) transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map (see below). |

Page |K-5

| CLAIM | Evidence: Lululemon App |
|---|---|
| map and at least one point-of-interest corresponding to the location displayable on the first map, | <br><br>Source: Screenshot of the Lululemon App |

Page |K-6

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(e) | wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein the first non-browser application (*e.g.*, Lululemon App) displays a second user interface displaying the first map and the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshot of the Lululemon App. |

Page |K-7

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(f) | wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest.<br><br>For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest (*e.g.,* location of the selected store). (*e.g.,* Lululemon App) configured for the mobile device.<br><br><br>**Source**: Screenshots of the Lululemon App. |

Case 2:26-cv-00506   Document 1-11   Filed 06/24/26   Page 9 of 10 PageID #: 207

Page |K-8

## Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Lululemon App |
|---|---|---|
| 1(g) | wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. <br><br> For example, Lululemon Defendants make, use, sell, and/or offer to sell (and induce and contribute to the same of others) the system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. <br><br> <br><br> <u>Source</u>: Screenshots of the Lululemon App and Apple Maps. |

Page |K-9